SIGNED.

Dated: August 26, 2025

_____
**Paul Sala, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 13 Case) |
| AMY RAE DANIELSON, | No. 2:24-bk-03529-PS |
| Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Upon the *Motion to Withdraw as Counsel of Record* ("**Motion**") filed by Ross M. Mumme, the court having considered the motion, and for good cause appearing:

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** that Ross M. Mumme is hereby removed as counsel of record for Trustee Edward J. Maney, in the above captioned case. The Trustee's contact information appears below:

Edward J. Maney, Trustee
101 N. First Ave Ste 1775
Phoenix, AZ 85003
Email: service@maney13trustee.com

**DATED AND SIGNED ABOVE**